4/7/2020 10:07 AM
20CV14762

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AUTUMN ANDEL, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIRLINES, INC., an Illinois Corporation, <br><br> Defendant. | Case No. _____ <br><br> COMPLAINT- PERSONAL INJURY - NEGLIGENCE <br><br> (NOT SUBJECT TO MANDATORY ARBITRATION - Claim for $110,948.30) <br><br> Filing Fee: ORS 21.160(1)(c) - $594 |

1.

At all material times mentioned herein, United Airlines, Inc. (United), was and is an Illinois corporation authorized to business in Multnomah County, State of Oregon, and conducted regular and sustained business activity in Multnomah County.

2.

At all material times mentioned herein, United was doing business as an airline, was and is a common carrier, and as such United had a duty to its passengers to use the highest degree of care to protect their safety.

COMPLAINT - 1

Thomas C. Patton, P.C.
8 N State St, Ste 301
Lake Oswego, Oregon 97034
503.546.3357
FAX-503-636-8512

3.

The flight attendants and other agents, contractees, and employees on United flight 39/Swiss Air LX39 on or about July 7, 2018, were acting within the course and scope of their employment in preparation for, throughout the duration of, and after the flight.

4.

On or about July 7, 2013, plaintiff Autumn Andel was a passenger on United flight 39/ Swiss Air LX39, which departed San Francisco, California, en route to Zurich, Switzerland, with an ultimate destination of Tromso, Norway. While in flight, plaintiff requested tea and was served scalding hot water by a flight attendant, which was placed on a tray in front of her, and spilled onto her thigh, causing the injuries and damages set forth below.

5.

Defendant was negligent in one or more of the following particulars which directly led to the blow to plaintiff's body and plaintiff's injuries:

   a. In serving hot liquid at a scalding temperature, when it knew or should have known it posed a risk of serious injury;

   b. In serving scalding hot liquid onto a lightweight, hinged and sliding movable tray, connected to the seat of the passenger in front of her; and

   c. In failing to warn Ms. Andel that the water being served was a scalding temperature.

6.

As a direct result of defendant's negligence, Ms. Andel suffered blistering burns to the tender skin of her inner thigh, which caused scaring that is or may be permanent; all of which injuries, and the consequences of them, required her to seek medical treatment, and caused her to suffer non-economic damages including, pain and suffering as well as past and future

/////

COMPLAINT - 2

Thomas C. Patton, P.C.
8 N State St, Ste 301
Lake Oswego, Oregon 97034
503.546.3357
FAX-503-636-8512

inconvenience and interference with normal and usual activities apart from gainful employment, all to her non-economic damages of $100,000.

7.

As a direct result of defendant's negligence, plaintiff incurred reasonable and necessary past medical expenses in the amount of $948.30, and requires future medical treatments including plastic surgery totaling $10,000, or an amount to be proven at trial.

WHEREFORE, plaintiff prays for judgment against the defendant in a sum not more than $100,000 in non-economic damages, $10,948.30 in economic damages, and plaintiff's costs and disbursements herein.

DATED this 7th day of April, 2020.

*/s/ Thomas C. Patton*
Thomas C. Patton, OSB 963889
Trial Attorney for Plaintiff
Tom@TomPattonLaw.com

Plaintiff requests trial by jury.

*/s/ Thomas C. Patton*
Thomas C. Patton, OSB 963889
Trial Attorney for Plaintiff

COMPLAINT - 3

**Thomas C. Patton, P.C.**
8 N State St, Ste 301
Lake Oswego, Oregon  97034
503.546.3357
FAX-503-636-8512